IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Marika Brenes, as Personal Representative of the Estate of Johan Marco Horstik Brenes, and Max Brenes,<br><br>  Plaintiffs,<br><br>v.<br><br>Darrell Mazyck; Transportation Management Solutions, LLC; Carolina National Transportation, LLC a/k/a The Carolina Group of Companies; Gulf Line Transport, LLC; Five Star Transport, LLC; Antler Transport, LLC; Freightmaster USA, LLC; Fast Freight Systems, Inc.; ThunderBird Motor Express, LLC; and US 1 Industries, Inc.,<br><br>  Defendants. | C/A No.: 2:25-cv-3512 DCN<br><br>ORDER |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Marc S. Blubaugh, who represents defendant US 1 Industries, Inc.:

- ■ Be **granted** admission *pro hac vice* in this case.

- ☐ Be **denied** admission *pro hac vice* in this case.

_____
David C. Norton
United States District Judge

June 23, 2025
Charleston, South Carolina